# United States Bankruptcy Court
## Middle District of Tennessee

In re **Clarence Wilson Lytle**  
Debtor(s)

Case No. **3:12-bk-03675**  
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-1582**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Clarence Wilson Lytle**

Street: **1035 Capitol Pt.**

City, State and Zip: **Nashville, TN 37203-2730**

Telephone #:

**Please be advised that effective June 9th, 2015,**
**my (our) new mailing address and telephone number is:**

Name: **Clarence Wilson Lytle**

Street: **1632 Pearl St.**

City, State and Zip: **Nashville, TN 37203-2931**

Telephone #:

/s/ Clarence Wilson Lytle  
**Clarence Wilson Lytle**  
Debtor